■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD ACKRIDGE, Appellant, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, et al., Respondents. [982 NYS2d 803]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered November 20, 2012 in a habeas corpus proceeding. The judgment denied and dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: On appeal from a judgment denying his petition for a writ of habeas corpus, petitioner contends that his right to due process was violated because, following sentencing, he was not transferred to the Willard Drug Treatment Facility in a timely manner. While this appeal was pending, however, petitioner was released to parole supervision, thus rendering this habeas proceeding moot (*see People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]). Contrary to petitioner's contention, this case does not fall within the exception to the mootness doctrine (*see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). The appeal is therefore dismissed. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.